**2013–1932.   In re B.C.**
Clark App. No. 2013-CA-72. This cause is pending before the court as a jurisdictional appeal involving termination of parental rights.

Upon consideration of appellant's motion for leave to redact personally identifying information, it is ordered by the court that the motion is granted. Counsel for appellant shall come to the Supreme Court of Ohio Clerk's Office within ten days of the date of this entry and redact the information identified in her motion.

## DISCIPLINARY CASES

**2012–0687.   Cincinnati Bar Assn. v. Davis.**
This cause came on for further consideration upon respondent's filing of a motion to purge contempt.

Upon consideration thereof, this court orders that the motion is granted.

## CASE ANNOUNCEMENTS

*December 31, 2013*

[Cite as *12/31/2013 Case Announcements*, 2013-Ohio-5783.]

## MOTION AND PROCEDURAL RULINGS

**2013–1930.   Paige v. Ohio High School Athletic Assn.**
Hamilton App. No. C–130024, 2013-Ohio-4713. This cause is pending before the court as a jurisdictional appeal.

Upon consideration of the motion of Christopher Wiest and James Bogen to withdraw as counsel for appellee, it is ordered by the court that the motion is granted.

## CASE ANNOUNCEMENTS

*January 2, 2014*

[Cite as *01/02/2014 Case Announcements*, 2014-Ohio-2.]

## MOTION AND PROCEDURAL RULINGS

**2013–1561.   State ex rel. Harsh v. Ringland.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus.

Upon consideration of respondent's motion to strike relator's motion for judgment on the pleadings and relator's motion to hold the case in abeyance, it is ordered by the court that the motions are denied.